UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 17-CR-20441-MOORE


UNITED STATES OF AMERICA,

vs.

ALEJANDRO MENA,

     Defendant.

                                        /

## **REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATION**

This cause has been referred to the undersigned to take all necessary and proper action as required with respect any violations of Supervised Release as to Defendant Alejandro Mena (ECF No. 407). Upon referral from Chief District Court Judge K. Michael Moore, the matter was set for a telephonic status conference (ECF No. 408, 413).

The Petition alleges three violations by Mr. Mena of the conditions of his supervised release. All three violations allege that Mr. Mena failed to refrain from violation of law by commission of offenses committed on March 4, 2021, and resulting in charges filed in Miami-Dade County. Defendant, by and through appointed counsel, has filed Statement of Admission (ECF No. 414). Defendant represents that he has reached an agreement with the government and admits to the first alleged violation; the government has agreed not to proceed on the other two alleged violations in the Petition. Defendant asks that the Court acknowledge his admission and set the matter for a final hearing.

According, and upon Defendant's Statement of Admission, it is the recommendation of the undersigned that the Court accept Defendant's admission of guilt and find him guilty of the

1

Supervised Release Violation as charged (Violation number one); and, upon agreement of the government, DISMISS the Violations charged as No. 2 and 3 of the Petition.

The telephonic status conference set for May 27, 2021 (413) is canceled.

The parties will have fourteen calendar days from the date of service of this Report and Recommendation within which to file written objections, if any, for consideration by the United States District Judge. Pursuant to Fed. R. Crim. P. 59(b), Eleventh Circuit Rule 3-1, and accompanying Internal Operating Procedure 3, the parties are hereby notified that failure to object in accordance with 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions. *See Thomas v. Arn*, 474 U.S. 140 (1985).

RESPECTFULLY SUBMITTED in Chambers at Miami, Florida, this 27th day of May, 2021.

_____
LAUREN F. LOUIS
**UNITED STATES MAGISTRATE JUDGE**

cc:     The Honorable K. Michael Moore
        Counsel of record